# UNITED STATES DISTRICT COURT
## District of Maine

LAWRENCE MAHER,     )
             )
   **Petitioner**     )
             )
**v.**           )  **No. 2:04-cr-00093-GZS**
             )    **2:15-cv-00040-GZS**
**UNITED STATES BUREAU OF**  )
**PRISONS,**        )
             )
   **Respondent**    )

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 12, 2015, his Recommended Decision (ECF No. 2).  Petitioner filed his Objection to the Recommended Decision (ECF No. 3) on March 9, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** the Petitioner's Petition (ECF No. 1) is hereby **DISMISSED**.

3.     It is **ORDERED** that a certificate of appealability is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).


                                        /s/George Z. Singal_____
                                        U.S. District Judge

Dated this 17th day of March, 2015.